Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★      ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00346-CV

Arthur Lee **ROBERTSON**,
Appellant

v.

The **STATE** of Texas, University of Texas Medical
Branch – Galveston Correctional Managed Care, and
Texas Department of Criminal Justice – Institutional Division,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 06-07-00087-CVK
Honorable Ron Carr, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
            Catherine Stone, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:    November 12, 2008

DISMISSED

Arthur Lee Robertson appeals the trial court's judgment dismissing his lawsuit. Robertson's

brief was due September 29, 2008. Neither the brief nor a motion for extension of time was filed.

On October 10, 2008, we ordered Robertson to file, not later than October 20, 2008, his appellant's

brief and a written response reasonably explaining his failure to timely file the brief. We advised

Robertson that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a).  Robertson has not filed a brief or the written response ordered by the court.

We therefore **order** this appeal dismissed for want of prosecution.

PER CURIAM